H. WEBER & SON, INC., Respondent, v. WILLIAM W. SWEET and Another, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

BERNARD I. SILVERSTEIN and Another, Copartners, etc., Respondents, v. HARRY W. FREY and Others, Appellants.— Judgment and order reversed and new trial granted, with costs to appellants to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., dissenting.

RICHARD A. MACAULAY, Respondent, v. LOUIS ROTHHOLZ, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

IRVING A. SARTORIOUS and Others, Doing Business under the Firm Name and Style of SARTORIOUS, SMITH & LOEWI, Respondents, v. FREDERICK L. SPIRO, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN RIZZO, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of GEORGE N. KERSHAW, Appellant, to Dissolve His Marriage with ESTHER M. KERSHAW, Pursuant to the Provisions of the Domestic Relations Law.*— Order reversed and the prayer of the petition granted. (See *Frankish* v. *Frankish*, 206 App. Div. 301.) Present order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANCES ROBBIE, Appellant, v. HERMAN ROBBIE, Respondent.— Judgment reversed, with costs, and judgment ordered in favor of the plaintiff, with costs. The evidence presented was sufficient to justify the granting of the divorce sought. Present order reversing findings, and containing findings of fact and conclusions of law in conformity with those presented to the trial court. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

I. WALL COMMISSION COMPANY, Respondent, v. CZARNIKOW-RIONDA COMPANY, Appellant.— Judgment modified by reducing the amount thereof to the sum of

---

* See Dom. Rel. Law, § 7-a, as added by Laws of 1922, chap. 279, known as the Enoch Arden Law.— [REP.